**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.  6:09-CV-274 |
| J.C. Penney Corporation, Inc.,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>Etronics, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc., | JURY |
| Defendants. | |

**HSN, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1,  Defendant HSN, Inc. makes the following disclosures:

**There is no parent corporation or any publicly held corporation owning 10% or more of HSN, Inc.'s stock.**

**DATED:  August 26, 2009**                    **HSN, Inc.**

                                               _____s/ Misty C. Blair_____
                                                    One of its attorneys


**Attorneys for HSN, Inc.**
Michael R. Levinson                            Misty C. Blair
Joseph R. Lanser                               Seyfarth Shaw LLP
Matthew A. Werber                              700 Louisiana, Suite 3700
SEYFARTH SHAW LLP                              Houston, TX 77002-2797
131 S. Dearborn Street                         Telephone:  (713) 225-2300
Suite 2400                                     Fax:  (713) 225-2340
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

I, Misty C. Blair, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on August 26, 2009.

s/ Misty C. Blair
Misty C. Blair
Seyfarth Shaw LLP
700 Louisiana, Suite 3700
Houston, TX 77002-2797
Telephone:  (713) 225-2300
Fax:  (713) 225-2340
Email: mblair@seyfarth.com