# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC, <br><br> Plaintiff, <br><br> v. <br><br> J.C. Penney Corporation, Inc., <br> Amway Corp., <br> Avon Products, Inc., <br> Bidz.com, Inc., <br> Etronics, Inc., <br> HSN, Inc., <br> HSN Improvements, LLC, <br> Cornerstone Brands, Inc., <br> Ballard Designs, Inc., <br> Garnet Hill, Inc., <br> Smith & Noble, LLC, <br> The Territory Ahead, Inc., <br> QVC, Inc., <br> Shutterfly, Inc., <br> Victoria's Secret Stores Brand Management, Inc., <br> Victoria's Secret Direct Brand Management, LLC, <br> VistaPrint, Ltd., and <br> VistaPrint USA, Inc., <br><br> Defendants. | CIVIL ACTION NO. 6:09-CV-274 <br><br> JURY |

## THE TERRITORY AHEAD, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Territory Ahead, Inc. makes the following disclosures:

**The Territory Ahead, Inc., a Delaware corporation, is owned by The Cornerstone Brands Group, Inc., and is an indirect subsidiary of Cornerstone Brands, Inc., which is a wholly owned subsidiary of HSN, Inc., a publicly traded company.**

| | |
|---|---|
| DATED:  August 26, 2009 | The Territory Ahead, Inc. |
| | s/ Misty C. Blair |
| | One of its attorneys |

**Attorneys for The Territory Ahead, Inc.**

| | |
|---|---|
| Michael R. Levinson | Misty C. Blair |
| Joseph R. Lanser | Seyfarth Shaw LLP |
| Matthew A. Werber | 700 Louisiana, Suite 3700 |
| SEYFARTH SHAW LLP | Houston, TX 77002-2797 |
| 131 S. Dearborn Street | Telephone:  (713) 225-2300 |
| Suite 2400 | Fax:  (713) 225-2340 |
| Chicago, Illinois 60603 | |
| (312) 460-5000 | |

# CERTIFICATE OF SERVICE

I, Misty C. Blair, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on August 26, 2009.

       s/ Misty C. Blair
Misty C. Blair
Seyfarth Shaw LLP
700 Louisiana, Suite 3700
Houston, TX 77002-2797
Telephone: (713) 225-2300
Fax: (713) 225-2340
Email: mblair@seyfarth.com