# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC<br><br>Plaintiff,<br><br>J.C. PENNEY CORPORATION, INC.,<br>AMWAY CORP.,<br>AVON PRODUCTS, INC.,<br>BIDZ.COM, INC.<br>ETRONICS, INC.,<br>HSN, INC.,<br>HSN IMPROVEMENTS, LLC,<br>CORNERSTONE BRANDS, INC,<br>BALLARD DESIGNS, INC.,<br>GARNET HILL, INC.,<br>SMITH & NOBLE, LLC,<br>THE TERRITORY AHEAD, INC.,<br>QVC, INC.,<br>SHUTTERFLY, INC.,<br>VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br>VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC,<br>VISTAPRINT, LTD., AND<br>VISTAPRINT USA, INC.<br><br>Defendants. | CIVIL ACTION NO. 6:09-CV-274<br><br>JURY TRIAL DEMANDED |

## **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT AMWAY CORP.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amway Corp. discloses that it does not have a corporate parent, it is not a subsidiary or other affiliate of a publicly owned corporation.

Dated: August 31, 2009	Respectfully submitted,

By:*/s/ Scott A. Timmerman, with permission by Michael E. Jones*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

James Sobieraj
jsobieraj@brinkshofer.com
Laura Beth Miller
lmiller@usebrinks.com
James A. Collins
jcollins@binkshofer.com
Scott A. Timmerman
stimmerman@usebrinks.com
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Tel: 312-321-4200
Fax: 312-321-4299

**ATTORNEYS FOR DEFENDANT AMWAY CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 31, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*