## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SOVERAIN SOFTWARE LLC,<br><br>    Plaintiff,<br><br> v.<br><br>J.C. PENNEY CORPORATION, INC.,<br>AMWAY CORP.,<br>AVON PRODUCTS, INC.,<br>BIDZ.COM, INC.,<br>ETRONICS, INC.,<br>HSN, INC.,<br>HSN IMPROVEMENTS, LLC,<br>CORNERSTONE BRANDS, INC.,<br>BALLARD DESIGNS, INC.,<br>GARNET HILL, INC.,<br>SMITH & NOBLE, LLC,<br>THE TERRITORY AHEAD, INC.,<br>QVC, INC.,<br>SHUTTERFLY, INC.,<br>VICTORIA'S SECRET STORES BRAND<br>MANAGEMENT, INC.,<br>VICTORIA'S SECRET DIRECT BRAND<br>MANAGEMENT, LLC,<br>VISTAPRINT, LTD., AND<br>VISTAPRINT USA, INC.,<br><br>    Defendants. | Civil Action No. 6:09-CV-274<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT SHUTTERFLY, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Shutterfly, Inc. ("Shutterfly"), having its principal place of business at 2800 Bridge Parkway, Suite 101, Redwood City, California 94065, by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1, hereby states that: (a) it has no corporate parent, and (b) there is no other publicly-held corporation that owns 10% or more of Shutterfly's stock.

Dated: August 31, 2009                    Respectfully submitted,

                                                       /s/ Andrew E. Monach
Andrew E. Monach (amonach@mofo.com)
Lead Attorney
Minn Chung (mchung@mofo.com)
Matthew A. Chivvis (mchivvis@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Otis W. Carroll, Jr. (State Bar No. 03895700)
(Fedserv@icklaw.com)
Deborah Race (State Bar No. 16448700)
(Fedserv@icklaw.com)
6101 South Broadway
P.O. Box 7879
Tyler, Texas 75711-7879
Telephone: (903) 561-1500
Facsimile: (903) 581-1071

**Attorneys for Defendant SHUTTERFLY, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 31st day of August, 2009. Any other counsel of record will be served via electronic mail or facsimile transmission.

                                          /s/ Minn Chung
                                            Minn Chung