# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| **Soverain Software, LLC,** § § § **Plaintiff,** § **v.** § § **J.C. Penney Corporation, Inc.,** § **Amway Corp.,** § **Avon Products, Inc.,** § **Bidz.com, Inc.,** § **Etronics, Inc.,** § **HSN, Inc.,** § **HSN Improvements, LLC,** § **Cornerstone Brands, Inc.,** § **Ballard Designs, Inc.,** § **Garnet Hill, Inc.,** § **Smith & Noble, LLC,** § **The Territory Ahead, Inc.,** § **QVC, Inc.,** § **Shutterfly, Inc.,** § **Victoria's Secret Stores Brand Management, Inc.,** § **Victoria's Secret Direct Brand Management, LLC,** § **VistaPrint, Ltd., and** § **VistaPrint USA, Inc.,** § § § **Defendants,** § ─────────────────────────── § § **Bidz.com, Inc.,** § § **Counterclaimant,** § § **v.** § § **Soverain Software, LLC,** § § **Counterdefendant** § ─────────────────────────── § | **CIVIL ACTION NO. 6:09-CV-274** **DEFENDANT BIDZ.COM, INC.'S DISCLOSURE UNDER F.R. CIV. P. 7.1** **DEMAND FOR JURY TRIAL** |

1

Pursuant to F.R. Civ. P. 7.1, Defendant Bidz.com, Inc., through its counsel, states that (1) it does not have a parent corporation, and (2) no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

__/s/_ Deron R. Dacus_____

DERON R. DACUS

State Bar No. 00790553

RAMEY & FLOCK, P. C.

100 E. Ferguson, Suite 500

Tyler, Texas 75702

(903) 597-3301

FACSIMILE: (903) 597-2413

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 9th day of September, 2009.

__/s/_ Deron R. Dacus_____

Deron R. Dacus