# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## __Tyler__ DIVISION
# APPLICATION TO APPEAR PRO HAC VICE



FILED CLERK
U.S. DISTRICT COURT
2009 SEP 10 PM 3: 39
TEXAS EASTERN
BY ___

1. This application is being made for the following: Case # __6:09-cv-274__
Style: __Souerain Software LLC v. J.C. Penney__
2. Applicant is representing the following party/ies: __Avon Products, Inc.__
3. Applicant was admitted to practice in __NY__ (state) on __4/12/2002__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__SDNY, EDNY, WDWI, DNJ, EDMI__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Gaston Kroub__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/5/09__            Signature _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) **Gaston Kroub**
State Bar Number **4014304**
Firm Name: **Greenberg Traurig**
Address/P.O. Box: **Metlife Bldg., 200 Park Ave**
City/State/Zip: **NY, NY 10166**
Telephone #: **212-801-9350**
Fax #: **212-801-6400**
E-mail Address: **kroubg@gtlaw.com**
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **9/10/09**

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By **MLL**
Deputy Clerk

# United States District Court
for the
Eastern District of Texas at Tyler

Date: **Thursday, September 10, 2009**

Received from:

**GREENBERG TRAURIG**
**1000 LOUISIANA STREET**
**SUITE 1700**
**HOUSTON, TX 77002**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: **Check**
Case or other reference: **6:09-CV-274**
Comments: **PHV FEES PAID FOR GSTON KROUB, MICHAEL NICODEMA, AND GARRY SCHINDLER**
**CHECK #1757**

Received by: **GG**