## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>      Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc.<br><br>      Defendants. | Civil Action No. 6:09-cv-274 LED<br><br><br>JURY |

## SOVERAIN'S REPLY TO COUNTERCLAIMS OF BIDZ.COM, INC.

## PARTIES

1.      On information and belief, Soverain admits the allegations of Paragraph 1.

2.      Soverain admits the allegations of Paragraph 2.

## JURISDICTION AND VENUE

3. Soverain admits that Bidz.com, Inc. ("Bidz.com") purports to assert counterclaims under 28 U.S.C. §§ 1331, 1332, 1338(a), 2201 and 2202, but denies that Bidz.com has stated a cause of action or any grounds for such relief.

4. Soverain admits this Court has personal jurisdiction over Soverain. Soverain denies the remaining allegations of Paragraph 4.

5. Soverain admits the allegations of Paragraph 5.

## FIRST CLAIM FOR RELIEF – DECLARATORY JUDGMENT

6. Soverain incorporates by reference its responses to Paragraphs 1-5 as if set forth fully herein.

7. Soverain admits that Bidz.com purports to state a claim for declaratory judgment based upon Bidz.com's purported non-infringement of the Soverain Patents and purported invalidity of the Soverain Patents. Soverain denies that Bidz.com has stated a cause of action or any grounds for such relief, and denies all remaining allegations contained in Paragraph 7.

8. On information and belief, Soverain admits that Bidz.com operates an auction website on the World Wide Web. Soverain admits that it filed a civil action against Bidz.com in this Court, which has been assigned Case No. 6:09-CV-274. Soverain admits that there is an actual controversy between Bidz.com and Soverain regarding alleged infringement and alleged validity of the Soverain Patents. Soverain admits that Bidz.com purports to state a claim for declaratory judgment regarding the rights of the parties vis-à-vis the Soverain Patents. Soverain denies all remaining allegations contained in Paragraph 8.

## PRAYER FOR RELIEF

Soverain denies that Counterclaim Plaintiff Bidz.com is entitled to the relief requested in their Prayer for Relief, Paragraphs 1 – 5 inclusive.

**WHEREFORE** Soverain prays for an Order:

A.    Granted judgment in Soverain's favor on all claims in Bidz.com's counterclaims;

B.    Dismissing Bidz.com's counterclaims with prejudice;

C.    Awarding Soverain its attorneys' fees, expenses and costs in defending against

Bidz.com's counterclaims;

D.    Awarding Soverain the relief sought in its Complaint; and

E.    Awarding Soverain such other relief as the Court deems just and proper.

Dated: September 17, 2009.                          Respectfully submitted,


By: /s/ *Michael C. Smith*
Michael C. Smith (Texas Bar. No. 18650410)
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS &
SMITH, LLP
713 South Washington Avenue
Marshall, Texas, 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

Edward J. DeFranco
eddefranco@quinnemanuel.com
James M. Glass
jimglass@quinnemanuel.com
Carlos A. Rodriguez
carlosrodriguez@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson
davenelson@quinnemanuel.com
Michael Harte (Bar No. 6272364)
mikeharte@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

250 South Wacker Drive, Suite 230
Chicago, Illinois  60606-6301
Telephone: (312) 463-2961
Facsimile: (312) 463-2962

Attorneys for Plaintiff Soverain Software, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 17th day of September, 2009.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Michael C. Smith*
Michael C. Smith