**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC, <br><br> Plaintiff, <br><br> J.C. Penney Corporation, Inc, <br> Amway Corp., <br> Avon Products, Inc., <br> Bidz.com, Inc., <br> Etronics, Inc., <br> HSN, Inc., <br> HSN Improvements, LLC, <br> Cornerstone Brands, Inc., <br> Ballard Designs, Inc., <br> Garnet Hill, Inc., <br> Smith & Noble, LLC, <br> The Territory Ahead, Inc., <br> QVC, Inc., <br> Shutterfly, Inc., <br> Victoria's Secret Stores Brand Management, Inc., <br> Victoria's Secret Direct Brand Management, LLC, <br> VistaPrint, Ltd., and <br> VistaPrint USA, Inc. <br><br> Defendants. | Civil Action No. 6:09-cv-274 LED |

**<u>ORDER</u>**

CAME ON TO BE HEARD THIS DAY, Plaintiff's Notice of Dismissal without prejudice against Defendant Etronics, Inc.

It is, therefore, ORDERED that Plaintiff's claims against Etronics, Inc. only are hereby dismissed without prejudice.

Each party shall bear its own costs and expenses.

**So ORDERED and SIGNED this 21st day of September, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**