# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>        Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc.<br><br>        Defendants. | Civil Action No. 6:09-cv-274 LED<br><br>JURY |

**SOVERAIN'S ANSWER TO COUNTERCLAIMS OF VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. AND VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC**

Soverain Software, LLC ("Soverain"), by and through its attorneys, answers the Counterclaims of Victoria's Secret Stores Brand Management, Inc. and Victoria's Secret Direct Brand Management, LLC (collectively, "VS") as follows:

***Parties***

    1.    On information and belief, Soverain admits the allegations of Paragraph 1.

2. On information and belief, Soverain admits the allegations of Paragraph 2.

3. Soverain admits the allegations of Paragraph 3.

## II. JURISDICTION AND VENUE

4. Soverain admits that VS purports to assert counterclaims under the Patent Laws of the United States, Title 35 of the United States Code, and the Declaratory Judgment Act, Title 28 of the United States Code, but denies that VS has stated a cause of action or any grounds for such relief.

5. Soverain admits the allegations of Paragraph 5. Soverain admits that VS purports to assert that its claims require declaration by this Court, but denies that VS has stated a cause of action or any grounds for such relief.

6. Soverain admits that the Court has subject matter jurisdiction over the action.

7. Soverain admits the allegations of Paragraph 7.

8. Soverain admits that venue is proper in this District.

### First Counterclaim (Declaratory Judgment of Patent Non-Infringement of the '314, '492 and '639 patents)

9. Soverain restates its responses to Paragraphs 1-8 as though fully set forth herein.

10. Soverain denies the allegations of Paragraph 10.

11. Soverain denies the allegations of Paragraph 11.

12. Soverain denies the allegations of Paragraph 12.

13. Soverain admits that VS purports to seek a judgment declaring that the claims of the '314, '492 and '639 patents are not infringed, but denies that VS has stated a cause of action or any grounds for such relief.

### Second Counterclaim (Declaratory Judgment of Patent Invalidity of the '314, '492 and '639 patents)

14. Soverain restates its responses to Paragraphs 1-13 as if fully stated herein.

15. Soverain admits the allegations of Paragraph 15.

16. Soverain denies the allegations of Paragraph 16.

17. Soverain denies the allegations of Paragraph 17.

18. Soverain denies the allegations of Paragraph 18.

19. Soverain admits that VS purports to seek a judgment declaring that the claims of the '314, '492 and '639 patents are invalid, but denies that VS has stated a cause of action or any grounds for such relief.

Soverain denies that Counterclaim Plaintiff VS is entitled to the relief requested in their Prayer for Relief, Paragraphs (1) – (6) inclusive.

**WHEREFORE** Soverain prays for an Order:

A. Granting judgment in Soverain's favor on all claims in VS's counterclaims;

B. Dismissing VS's counterclaims with prejudice;

C. Awarding Soverain its attorneys' fees, expenses and costs in defending against VS's counterclaims;

D. Awarding Soverain the relief sought in its Complaint; and

E. Awarding Soverain such other relief as the Court deems just and proper.

Dated: October 8, 2009.                    Respectfully submitted,

By: /s/ *Michael C. Smith*
Michael C. Smith (Texas Bar. No. 18650410)
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP
713 South Washington Avenue
Marshall, Texas, 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

Edward J. DeFranco
eddefranco@quinnemanuel.com
James M. Glass
jimglass@quinnemanuel.com
Carlos A. Rodriguez
carlosrodriguez@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson
davenelson@quinnemanuel.com
Michael Harte (Bar No. 6272364)
mikeharte@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
250 South Wacker Drive, Suite 230
Chicago, Illinois 60606-6301
Telephone: (312) 463-2961
Facsimile: (312) 463-2962

Attorneys for Plaintiff Soverain Software, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 8th day of October, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Michael C. Smith*
Michael C. Smith