IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc.<br><br>　　　　　Defendants. | Civil Action No. 6:09-cv-274 LED<br><br>JURY |

## SOVERAIN'S ANSWER TO COUNTERCLAIMS OF QVC, INC.

By and through its attorneys, Soverain Software, LLC ("Soverain") hereby answers the Counterclaims of QVC, Inc. ("QVC").

1-110　Paragraphs 1-110 are QVC's responses to the allegations in Soverain's Complaint and its affirmative defenses. No response is required.

### COUNTERCLAIMS

111.　On information and belief, Soverain admits the allegations of Paragraph 110.

112. Soverain admits the allegations of Paragraph 111.

## II. JURISDICTION AND VENUE

113. Soverain admits that QVC purports to assert counterclaims under 28 U.S.C. §§ 2201 and 2202, but denies that QVC has stated a cause of action or any grounds for such relief. Soverain admits that this Court has subject matter jurisdiction.

114. Soverain admits that venue is proper in this district.

115. Soverain admits the allegations of Paragraph 115.

116. Soverain admits that venue is proper in this district.

## FIRST COUNTERCLAIM

**(Declaratory Judgment of Non-Infringement of the '314, '492 and '639 Patents)**

117. Soverain restates its responses to Paragraphs 111-116. Paragraphs 1-110 are QVC's responses to the allegations in Soverain's Complaint and its affirmative defenses. No response is required.

118. Soverain admits the allegations of Paragraph 118.

119. Soverain denies the allegations of Paragraph 119.

120. Soverain denies the allegations of Paragraph 120.

121. Soverain denies the allegations of Paragraph 121.

122. Soverain admits that QVC seeks declaratory judgment of non-infringement of the '314, '492 and '639 patents, but denies that QVC has stated a cause of action or any grounds for such relief.

## SECOND COUNTERCLAIM

## (Declaratory Judgment of Invalidity of the '314, '492, and '639 Patents)

123.    Soverain restates its responses to Paragraphs 111-122 as if fully stated herein. Paragraphs 1-110 are QVC's responses to the allegations in Soverain's Complaint and its affirmative defenses.  No response is required..

124.    Soverain admits the allegations Paragraph 124.

125.    Soverain denies the allegations of Paragraph 125.

126.    Soverain admits that QVC seeks declaratory judgment of invalidity of the '314, '492 and '639 patents, but denies that QVC has stated a cause of action or any grounds for such relief.

## PRAYER FOR RELIEF

Soverain denies that Counterclaim Plaintiff QVC is entitled to the relief requested in their Prayer for Relief, Paragraphs A-F inclusive.

**WHEREFORE** Soverain prays for an Order:

A.    Granting judgment in Soverain's favor on all claims in QVC's counterclaims;

B.    Dismissing QVC's counterclaims with prejudice;

C.    Awarding Soverain its attorneys' fees, expenses and costs in defending against QVC'scounterclaims;

D.    Awarding Soverain the relief sought in its Complaint; and

E.    Awarding Soverain such other relief as the Court deems just and proper.

Dated:  October 8, 2009.                    Respectfully submitted,

By: /s/ *Michael C. Smith*
Michael C. Smith (Texas Bar. No. 18650410)
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS &
SMITH, LLP

713 South Washington Avenue
Marshall, Texas, 75670
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

Edward J. DeFranco
eddefranco@quinnemanuel.com
James M. Glass
jimglass@quinnemanuel.com
Carlos A. Rodriguez
carlosrodriguez@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson
davenelson@quinnemanuel.com
Michael Harte (Bar No. 6272364)
mikeharte@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
250 South Wacker Drive, Suite 230
Chicago, Illinois 60606-6301
Telephone: (312) 463-2961
Facsimile: (312) 463-2962

Attorneys for Plaintiff Soverain Software, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 8th day of October, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Michael C. Smith*
Michael C. Smith