**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 6:09-cv-274 LED |
| J.C. Penney Corporation, Inc., et al. | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISCLOSURE PURSUANT TO PR 3-1 AND 3-2

Plaintiff Soverain Software, LLC ("Soverain") hereby certifies that on November 6, 2009, it complied with P.R. 3-1 and P.R. 3-2 by serving on counsel for all defendants a copy of Soverain's Disclosure of Asserted Claims and Infringement Contentions, along with documents responsive to P.R. 3-2.

Dated: November 9, 2009        Respectfully submitted,

SIEBMAN, BURG, PHILLIPS & SMITH LLP
Michael C. Smith
Texas State Bar No. 18650410
Email: michaelsmith@siebman.com
P.O. Box 1556
Marshall, Texas 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

ATTORNEY FOR PLAINTIFF
SOVERAIN SOFTWARE, LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of November, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Michael C. Smith