**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC, <br><br> Plaintiff, <br><br> v. <br><br> J.C. Penney Corporation, Inc., <br> Amway Corp., <br> Avon Products, Inc., <br> Bidz.com, Inc., <br> HSN, Inc., <br> HSN Improvements, LLC, <br> Cornerstone Brands, Inc., <br> Ballard Designs, Inc., <br> Garnet Hill, Inc., <br> Smith & Noble, LLC, <br> The Territory Ahead, Inc., <br> QVC, Inc., <br> Shutterfly, Inc., <br> Victoria's Secret Stores Brand Management, Inc., <br> Victoria Secret Direct Brand Management, LLC, <br> VistaPrint, Ltd., and <br> VistaPrint USA, Inc. <br><br> Defendants. | Civil Action No. 6:09-CV-274- LED |

**STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC
AND DEFENDANT SHUTTERFLY, INC.
AND MOTION FOR ORDER OF DISMISSAL**

Plaintiff Soverain Software LLC and Defendant Shutterfly, Inc. ("Shutterfly") have entered into a Patent License Agreement dated December 21, 2009 and hereby stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against Shutterfly is dismissed with prejudice.

2. Shutterfly's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorney fees, expenses and costs.

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Michael C. Smith* | */s/ Deborah J. Race* |
| Michael C. Smith (State Bar. No. 18650410) | Otis W. Carroll, Jr. (State Bar No. 03895700) |
| SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP | Deborah J. Race (State Bar No. 16448700) |
| 713 South Washington Avenue | IRELAND CARROLL & KELLEY |
| P.O. Box 1556 | 6101 S. Broadway |
| Marshall, Texas, 75671 | Suite 500 |
| Telephone: (903) 938-8900 | Tyler, Texas 75703 |
| Facsimile: (972) 767-4620 | Phone: (903) 561.1600 |
| e-mail: michaelsmith@siebman.com | Fax: (903) 581.1071 |
| | e-mail: fedserv@icklaw.com |
| *ATTORNEYS FOR PLAINTIFF SOVERAIN SOFTWARE LLC* | *ATTORNEYS FOR DEFENDANT SHUTTERFLY, INC.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 28th day of December, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Michael C. Smith*
Michael C. Smith