IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-00274-LED |
| | § | |
| J.C. PENNEY CORPORATION, INC. | § | JURY TRIAL DEMANDED |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court having considered the Defendants' Motion to Amend Docket Control Order finds that the Motion should be GRANTED.

It is therefore ORDERED that:

(1) the deadline to comply with Patent Rule 4-1 is extended from March 8, 2010 to March 19 2010.

**So ORDERED and SIGNED this 10th day of March, 2010.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE