**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-00274-LED |
| | § | |
| J.C. PENNEY CORPORATION, INC. ET AL. | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court, having considered the Parties' Joint Motion to Amend Docket Control Order, finds that this motion should be GRANTED.

It is therefore ORDERED that:

(1) the deadline for Additional Disclosures pursuant to Paragraph 2B and 2C of the Discovery Order is extended to April 26, 2010; and

(2) the deadline for the parties to exchange privilege logs or file notice that there are no disputes concerning privileged documents or information pursuant to Paragraph 6 of the Discovery Order is extended to May 26, 2010.

**So ORDERED and SIGNED this 24th day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**