IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE, L.L.C. | § § § | |
| V. | § § | CIVIL NO.:6:09-CV-274 |
| J.C. PENNY CORPORATION, INC. | § § | |

## MEDIATOR'S REPORT

On October 22, 2010, a mediation was conducted with the Plaintiff and Defendant Amway Corporation. The parties reached an agreement.

SIGNED this 1st day of November, 2010.

_____
Mike Patterson
MEDIATOR


Soverain v. J.C. Penny
Mediator's report, page 2

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon all attorneys of record, via email, this the 1st day of November, 2010.

_____
Carolyn Huffman
Secretary to Mike Patterson

cc:   **Kathrine Wolanyk**
    wolanyk@soverain.com

   **Ed DeFranco**
    eddefranco@quinnemanuel.com

   **James Glass**
    jimglass@quinnemanuel.com

   **Michael Harte**
    mikeharte@quinnemanuel.com

   **David Nelson**
    davenelson@quinnemanuel.com

   **Carlos Rodriguez**
    carlosrodriguez@quinnemanuel.com

   **Michael C. Smith**
    michaelsmith@siebman.com

   **Anastasia Fernands**
    anastasiafernands@quinnemanuel.com

   **James Collins**
    jcollins@brinkshofer.com

**Mike Jones**
mikejones@potterminton.com

**Laura Miller**
lmiller@brinkshofer.com

**James Sobieraj**
sobieraj@brinkshofer.com

**Scott Timmerman**
stimmerman@brinkshofer.com

**Allen Gardner**
allengardner@potterminton.com