**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC,<br><br>          Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc.,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management,<br>Inc.,<br>Victoria Secret Direct Brand Management,<br>LLC,<br>Vistaprint Limited, and<br>Vistaprint USA, Inc.<br><br>          Defendants. | Civil Action No. 6:09-CV-274- LED |

**STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND
DEFENDANTS VISTAPRINT LIMITED AND VISTAPRINT USA, INC. AND MOTION
FOR ORDER OF DISMISSAL**

Plaintiff Soverain Software LLC and Defendants Vistaprint Limited and Vistaprint USA,

Inc. ("Vistaprint") have entered into a Patent License Agreement dated October 20, 2010 and

hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), subject to approval of the Court, that:

    1.  Plaintiff's complaint against Vistaprint is dismissed with prejudice.

2.   Vistaprint's counterclaims against Plaintiff are dismissed with prejudice.

3.   Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO:

/s/ *Michael C. Smith*
Michael C. Smith
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG,
PHILLIPS & SMITH, LLP
713 South Washington Avenue
P.O. Box 1556
Marshall, Texas 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

*Attorneys for Plaintiff Soverain Software*
*LLC*

/s/ *Christopher C. Campbell*
Thomas J. Friel, Jr.
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
tfriel@cooley.com
(650) 843-5000

Christopher C. Campbell
Heather A. Faltin
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
ccampbell@cooley.com
(703) 456-8000

Eric Hugh Findlay
efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville Highway
Suite 101
Tyler, Texas 75703
Telephone: (903) 531.1100
Facsimile: (903) 534.1137

*Attorneys for Defendant Vistaprint*
*Limited and Vistaprint USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 4th day of November, 2010. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ *Michael C. Smith*
Michael C. Smith