**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

Soverain Software LLC,

      Plaintiff,

v.

J.C. Penney Corporation, Inc., *et al*.

      Defendants.

Civil Action No. 6:09-CV-274- LED

**ORDER GRANTING DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS VISTAPRINT LIMITED AND VISTAPRINT USA, INC.**

The matter in the above-styled action, having been amicably resolved by and between Plaintiff Soverain Software, LLC ("Plaintiff") and Defendants Vistaprint Limited and Vistaprint USA, Inc. ("Vistaprint"), it is hereby ORDERED that all claims asserted by these parties only are hereby dismissed with prejudice. All costs are to be borne by the party incurring same.

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**