# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 6:09-CV-274-LED |
| | § | |
| J.C. PENNEY CORPORATION, INC. ET AL. | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION TO EXTEND CERTAIN DEADLINES

The Court, having considered the Defendants' Unopposed Motion to Extend Certain Deadlines, finds that this motion should be GRANTED.

It is therefore ORDERED that the following deadlines are extended.

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. | December 1, 2010 | January 10, 2011 |
| Parties designate rebuttal expert witnesses (non-construction issues). Rebuttal expert witness reports due. Refer to Local Rules for required information. | December 22, 2010 | January 31, 2011 |
| Discovery Deadline. | January 21, 2011 | February 25, 2011 |
| Parties to Identify Trial Witnesses | January 24, 2011 | February 25, 2011 |
| **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due.** Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> | February 7, 2011 | February 28, 2011 |

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Parties to Identify Rebuttal Trial Witnesses | February 4, 2011 | March 7, 2011 |
| Response to Dispositive Motions (**including** *Daubert* **motions**) **due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> | February 28, 2011 | March 21, 2011 |
| Replies to Dispositive Motions (**including** *Daubert* **motions**) **due.** Replies to dispositive motions filed prior to the dispositive motions deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. | March 7, 2011 | March 28, 2011 |

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**