**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC,<br><br>  Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc., *et al*.<br><br>  Defendants. | Civil Action No. 6:09-CV-274- LED |

**ORDER GRANTING UNOPPOSED MOTION BY
PLAINTIFF SOVERAIN SOFTWARE LLC TO
<u>SUPPLEMENT INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3-6(b)</u>**

The Court, having considered Plaintiff Soverain's Unopposed Motion To Supplement Infringement Contentions Pursuant To P.R. 3-6(b), finds that this Motion should be GRANTED.

It is therefore ORDERED that Soverain may supplement its infringement contentions concerning defendant Avon Products, Inc.

**So ORDERED and SIGNED this 5th day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**