**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC,<br><br>      Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc.,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria Secret Direct Brand Management, LLC,<br>Vistaprint Limited, and<br>Vistaprint USA, Inc.<br><br>      Defendants. | Civil Action No. 6:09-CV-274- LED |

**STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND
DEFENDANTS HSN, INC., HSN IMPROVEMENTS, LLC, CORNERSTONE BRANDS,
INC., BALLARD DESIGNS, INC., GARNET HILL, INC., SMITH & NOBLE, LLC, THE
TERRITORY AHEAD, INC. AND ORDER OF DISMISSAL**

Plaintiff Soverain Software LLC and Defendant HSN, Inc., on behalf of itself and

Defendants HSN Improvements, LLC, Cornerstone Brands, Inc., Ballard Designs, Inc., Garnet

Hill, Inc., Smith & Noble, LLC, and The Territory Ahead, Inc. (collectively, the "HSN

Entities"), have entered into a Patent License & Settlement Agreement dated January 7, 2011 (the "License Agreement") and hereby stipulate, subject to approval of the Court, that:

1. Plaintiff's complaint against each of the HSN Entities is dismissed with prejudice subject to the terms of the License Agreement.

2. Each of the HSN Entities' counterclaims against Plaintiff is dismissed with prejudice subject to the terms of the License Agreement.

3. Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO:

/s/ *Michael C. Smith*
Michael C. Smith
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG,
PHILLIPS & SMITH, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620

*Attorneys for Plaintiff Soverain Software LLC*

/s/ *Michael R. Levinson*
Michael R. Levinson
Joseph R. Lanser
Matthew A. Werber
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Misty C. Blair
SEYFARTH SHAW LLP
700 Louisiana, Suite 3700
Houston, TX 77002-2797
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

E. Glenn Thames, Jr.
POTTER MINTON
110 North College
500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

>*Attorneys for HSN, Inc., HSN Improvements, LLC, Cornerstone Brands, Inc., Ballard Designs, Inc., Garnet Hill, Inc., Smith & Noble, LLC, and The Territory Ahead, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 18th day of January, 2011. Any other counsel of record will be served by facsimile transmission and/or first class mail.

>/s/ *Michael C. Smith*
>Michael C. Smith