IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** § § | |
| Plaintiff, § § | |
| vs. § § | **CASE NO. 6:09-CV-274** |
| § | **PATENT CASE** |
| **J.C. PENNEY CORPORATION, INC., et al.,** § § | |
| Defendants. § § | |

**ORDER**

The Court previously ordered that leave of Court must be obtained before any motion for summary judgment may be filed.  *See* Docket No. 304.  The following table lists the letter briefs seeking such leave (identified by general topics and docket numbers) and the Court's ruling on whether leave is granted or denied:

| Request | Ruling |
|---|---|
| Defendants' Letter Brief re Willful Infringement (Dkt. No. 321) | **GRANTED** |
| Defendants' Letter Brief re Inducement of Infringement (Dkt. No. 322) | **DENIED** |
| Defendants' Letter Brief re Contributory Infringement (Dkt. No. 323) | **DENIED AS MOOT** |
| Defendants' Letter Brief re Direct Infringement (Dkt. No. 324) | **GRANTED** |

**So ORDERED and SIGNED this 27th day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**