**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-274-LED |
| | § | |
| J.C. PENNEY CORPORATION, INC., | § | JURY TRIAL DEMANDED |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION**
**TO AMEND DOCKET CONTROL ORDER**

The Court, having considered the Plaintiff's and Defendants' Joint Motion to Amend the

Docket Control Order, finds that this motion should be GRANTED.

It is therefore ORDERED that:

Depositions of expert witness may be taken following the close of discovery, which is

currently slated for February 25, 2011, where such expert depositions shall be completed by no

later than March 24, 2011.  Furthermore, the following deadlines are extended:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| **Dispositive Motions due from all parties and any other motions that may require a hearing (including** *Daubert* **motions) due.** Motions shall comply with Local Rule CV-56 and Local Rule CV-7. | February 28, 2011 | March 9, 2011 |
| Response to Dispositive Motions **(including** *Daubert* **motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. | March 21, 2011 | March 30, 2011 |
| Replies to Dispositive Motions **(including** *Daubert* **motions) due.** Replies to dispositive motions filed prior to the dispositive motions deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. | March 28, 2011 | April 6, 2011 |

**So ORDERED and SIGNED this 15th day of February, 2011.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE