**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC<br><br>        Plaintiff,<br><br>  vs.<br><br>J.C. Penney Corporation, Inc, Vistaprint Corp., Avon Products, Inc., Bidz.com, Inc., Etronics, Inc., HSN, Inc., HSN Improvements, LLC, Cornerstone Brands, Inc., Ballard Designs, Inc., Garnet Hill, Inc., Smith & Noble, LLC, The Territory Ahead, Inc., QVC, Inc., Shutterfly, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC, VistaPrint, Ltd., and VistaPrint USA, Inc.<br><br>        Defendants. | CIVIL ACTION NO. 6:09 CV 274<br><br>Hon. Leonard E. Davis |

**JOINT STIPULATION OF DISMISSAL BETWEEN PLAINTIFF
SOVERAIN SOFTWARE LLC AND DEFENDANT QVC, INC.**

Plaintiff Soverain Software LLC ("Soverain") and Defendant QVC, Inc. ("QVC") have entered into a Patent License & Settlement Agreement dated May 6, 2011 (the "License Agreement") and subject to the terms of the License Agreement, hereby stipulate, subject to approval of the Court, that:

1. Soverain's complaint against QVC is dismissed with prejudice.

2. QVC's counterclaims against Soverain are dismissed with prejudice.

3. Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Michael C. Smith | /s/ Eric H. Findlay |
| Michael C. Smith | Eric H. Findlay |
| SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP | FINDLAY CRAFT, LLP |
| 713 South Washington Avenue | 6760 Old Jacksonville Hwy, Suite 101 |
| P.O. Box 1556 | Tyler, Texas 75703 |
| Marshall, Texas 75671 | (903) 534-1100 |
| Telephone: (903) 938-8900 | (903) 534-1137 - Fax |
| Facsimile: (972) 767-4620 | efindlay@findlaycraft.com |
| michaelsmith@siebman.com | |
| | Attorneys for Defendant QVC, Inc. |
| Attorneys for Plaintiff Soverain Software LLC | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, a true and correct copy of the foregoing was served upon all parties via electronic mail by the Court's CM/ECF system.

/s/ Eric H. Findlay
Eric H. Findlay