**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC<br><br>   Plaintiff,<br><br> vs.<br><br>J.C. Penney Corporation, Inc, Vistaprint Corp., Avon Products, Inc., Bidz.com, Inc., Etronics, Inc., HSN, Inc., HSN Improvements, LLC, Cornerstone Brands, Inc., Ballard Designs, Inc., Garnet Hill, Inc., Smith & Noble, LLC, The Territory Ahead, Inc., QVC, Inc., Shutterfly, Inc., Victoria's Secret Stores Brand Management, Inc., Victoria's Secret Direct Brand Management, LLC, VistaPrint, Ltd., and VistaPrint USA, Inc.<br><br>   Defendants. | CIVIL ACTION NO. 6:09 CV 274<br><br>Hon. Leonard E. Davis |

## ORDER

On this day came on to be considered Joint Stipulation of Dismissal Between Plaintiff Soverain Software LLC and QVC, Inc., and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-captioned action by and between Soverain Software LLC and QVC, Inc. are hereby dismissed with prejudice. Each party shall bear its own attorney's fees, expenses and costs.

**So ORDERED and SIGNED this 24th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**