**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-00274-LED |
| | § | |
| J.C. PENNEY CORPORATION, INC., ET AL. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that pro hac vice counsel for Defendants, Victoria's Secret Stores Brand Management, Inc. ("VSSBM") and Victoria's Secret Direct Brand Management, LLC ("VSDBM") (collectively "VS") has changed its name from Ward & Olivo to Ward & Zinna, effective July 1, 2011. The address of the firm will remain the same. Please make the appropriate changes on the Courts CM/ECF system.

**WARD & ZINNA**
380 Madison Avenue
New York, New York 10017
Phone: 212-697-6262
Fax: 212-972-5866
**John F. Ward**
jward@wardzinna.com
**Michael J. Zinna**
mzinna@wardzinna.com
**Michael G. Gabriel**
mgabriel@wardzinna.com
**Ryan S. McPhee**
rmcphee@wardzinna.com

Dated: June 30, 2011                              Respectfully submitted,

                                                  By: /s/Charles Ainsworth
                                                  **Charles Ainsworth**
                                                  Email: charley@pbatyler.com
                                                  **Robert Christopher Bunt**
                                                  Email: rcbunt@pbatyler.com
                                                  **Parker Bunt & Ainsworth**
                                                  100 E Ferguson, Suite 1114
                                                  Tyler, TX 75702
                                                  Phone: 903-531-3535
                                                  Fax: 903-533-9687

                                                  **John F. Ward**
                                                  jward@wardzinna.com
                                                  **Michael J. Zinna**
                                                  mzinna@wardzinna.com
                                                  **Michael G. Gabriel**
                                                  mgabriel@wardzinna.com
                                                  **Ryan S. McPhee**
                                                  rmcphee@wardzinna.com
                                                  **WARD & ZINNA**
                                                  380 Madison Avenue
                                                  New York, New York 10017
                                                  Phone: 212-697-6262
                                                  Fax: 212-972-5866

                                                  **COUNSEL FOR DEFENDANTS:**
                                                  **VICTORIA'S SECRET STORES BRAND**
                                                  **MANAGEMENT, INC.; AND**
                                                  **VICTORIA'S SECRET DIRECT BRAND**
                                                  **MANAGEMENT, LLC**

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, via email, upon all counsel of record on June 30, 2011.

                    /s/*Charles Ainsworth*
                    Charles Ainsworth