IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SOVERAIN SOFTWARE LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | **CASE NO. 6:09-CV-274** | |
| § | **PATENT CASE** | |
| **J.C. PENNEY CORPORATION, INC., et al.,** § | | |
| § | | |
| Defendants. § | | |
| § | | |

**ORDER**

Before the Court are Soverain's Motion for Expedited Briefing on Its Motion to Compel Supplemental Production (Docket No. 456) and Soverain's Motion for Expedited Briefing on Its Rule 37 Motion for an Order Compelling Supplemental Disclosures from J.C. Penney and for Rule 37(c) Sanctions (Docket No. 458). Both motions are **GRANTED IN PART** and **DENIED IN PART**. The Court **ORDERS** expediting briefing on Soverain's Motion to Compel Supplemental Production from Defendants (Docket No. 455) and Soverain's Rule 37 Motion for an Order Compelling Supplemental Disclosures from J.C. Penney and for Rule 37(c) Sanctions (Docket No. 457) according to the following schedule:

• Response due by October 8, 2011 and

• Reply due by October 14, 2011.

**So ORDERED and SIGNED this 4th day of October, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**