IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: October 20, 2011

| JUDGE | COURT REPORTER |
|---|---|
| LEONARD DAVIS | Shea Sloan |

Law Clerks: Allan Bullwinkel

| SOVERAIN SOFTWARE LLC | CIVIL ACTION NO: 6:09-CV-274 |
|---|---|
| vs. | PRETRIAL CONFERENCE |
| J.C. PENNEY CORPORATION, INC., et al | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYs FOR DEFENDANTS |
|---|---|
| SEE SIGN IN SHEETS | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:00 am          **ADJOURN:** 10:20 am

| TIME: | MINUTES: |
|---|---|
| 9:00 am | Case Called. Parties announced ready. (See Sign-in Sheets) |
| | Judge inquired as to settlement agreement. Mr. Nelson and Mr. McSwane addressed the court. |
| | Side conference with counsel re: ongoing settlement negotiations (off the record) |
| | Mr. Nelson and Mr. McSwane stated DE 455 Soverain's Motion to Compel Supplemental Production from Defendants, may eventually be agreed to. (ruling deferred) |
| | Mr. Nelson and Mr. McSwane stated DE 457 Soverains' Rule 37 Motion for an Order Compelling Supplemental Disclosures from JC Penny and Rule 37(c) Sanctions, may eventually be agreed to (ruling deferred) |
| | Mr. Nelson and Mr. McSwane stated an agreement as to DE 462 **Defendants' Opposed Motion to Limit Number of Asserted Claims.** (DENIED AS MOOT) |
| | Mr. Nelson and Mr. McSwane briefly addressed pending **motions in limine DE 409, DE 411, and DE 470** (motions deferred to day of jury selection) |
| | Mr. Nelson withdrawing DE 425 **Soverain Software LLC's Motion to Strike Portions of the Supplemental Expert Reports of Andrew S. Cromarty and Arthur M. Keller.** (DENIED AS MOOT) |

FILED: 10.20.2011

DAVID J. MALAND, CLERK

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| | Mr. McSwane re DE 412 **Opposed Motion by Defendants for Leave to Supplement the Joint Proposed Pretrial Order** is moot (DENIED AS MOOT) |
| | Mr. McSwane and Mr. Levy stated DE 386 **Defendants' Motion for Summary Judgment of Non-Infringement Based on Divided Infringement** still active. (Court will carry along) |
| | DE 443 **Defendants' Motion to Clarify the Scope of the Claim Term "Computer"** argued by Mr. Glenn and Mr. Nelson. (MOTION DENIED) |
| | DE 422 **Soverain Software LLC's Motion for Sanctions** to be carried along. The Court will consider post trial. |
| | Court inquires as to the relationship between the three patents. Mr. Nelson and Mr. Levy respond. |
| | Court inquires as to defendants invalidity claims and infringement. Mr. Levy and Mr. Nelson responds. Court advises party to meet and confer. Discussion on how to present to a jury. Parties to notify Court by letter as to both proposals by Friday, 10/21/2011 and Court will decide how to proceed. |
| | Discussion on record re Trial Protocol and Time Limits. |
| 10:20 am | **COURT ADJOURNED** |