IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC<br><br>        Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc., *et al.*,<br><br>        Defendants. | Civil Action No. 6:09-cv-274<br><br>Judge Leonard Davis |

**STIPULATION TO DISMISS VICTORIA'S
SECRET STORES BRAND MANAGEMENT, INC.**

Defendants Victoria's Secret Stores Brand Management, Inc. ("VS Stores"), Victoria's Secret Direct Brand Management, LLC, and Avon Products, Inc., and Plaintiff Soverain Software, LLC ("Soverain") (collectively, the "Parties") file this stipulation to dismiss Soverain's complaint against VS Stores and VS Stores' counterclaims against Soverain without prejudice.

WHEREAS, Victoria's Secret Direct Brand Management is the entity that owns and operates the Victoria's Secret website and Victoria's Secret Direct Brand Management will not contend at trial that some other Victoria's Secret entity is responsible for the  accused conduct.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate, subject to approval of the Court, that:

1.  Plaintiff's complaint against VS Stores is dismissed without prejudice;

2.  VS Stores' counterclaims against Soverain are dismissed without prejudice; and

3.  Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED: November 11, 2011

SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP

Respectfully submitted,

*/s/ Michael C. Smith w/permission*
Michael C. Smith
michaelsmith@siebman.com
P.O. Box 1556
Marshall, Texas 75671
903.938.8900 Telephone
972.767.4620 Facsimile

ATTORNEYS FOR PLAINTIFF

By: /s/Charles Ainsworth
Charles Ainsworth
Email:charley@pbatyler.com
Robert Christopher Bunt
Email: rcbunt@pbatyler.com
**Parker Bunt & Ainsworth**
100 E Ferguson, Suite 1114
Tyler, TX 75702
Phone: 903-531-3535
Fax: 903-533-9687

John F. Ward
jward@wardzinna.com
Michael J. Zinna
mzinna@wardzinna.com
Michael G. Gabriel
mgabriel@wardzinna.com
Ryan S. McPhee
rmcphee@wardzinna.com
**WARD & ZINNA**
380 Madison Avenue
New York, New York 10017
Phone: 212-697-6262
Fax: 212-972-5866

Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
David J. Levy
State Bar No. 12264850
dlevy@morganlewis.com
James A. Glenn
State Bar No. 24032357
jglenn@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

**COUNSEL FOR DEFENDANTS:
VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.; AND
VICTORIA'S SECRET DIRECT BRAND
MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 11th day of November, 2011.  Any other counsel of record will be served via facsimile.

*/s/ Charles Ainsworth*
Charles Ainsworth