IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| | § | Civil Action No. 6:09-cv-274 (LED) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **JURY TRIAL REQUESTED** |
| J.C. PENNY CORPORATION, INC. et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

CAME ON THIS DAY for consideration the Stipulation to Dismiss without prejudice all claims and counterclaims asserted between Plaintiff, Soverain Software, LLC and Defendant Victoria's Secret Stores Brand Management, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, Soverain Software, LLC and Defendant Victoria's Secret Stores Brand Management, are hereby dismissed WITHOUT PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 14th day of November, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**