IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:09-CV-274-LED |
| J.C. PENNEY CORPORATION, INC., ET AL., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## **DEFENDANTS' PROPOSED INSTRUCTION NO. 7.5 REGARDING ENTIRE MARKET VALUE RULE**

**7.5     Entire Market Value Rule**

Where a patented invention is used or sold along with other products not covered by the patent, the patent owner may not collect damages based on the value of the other products unless the patent owner can demonstrate that the patented invention is of such paramount importance that it substantially created the value of the other products. In other words, it must be shown that the patented invention is the basis for customer demand of the other products. Also, if the other products have essentially no functional relationship to the patented invention, but instead the patented invention is used only for convenience or business advantage when selling the other products, damages may not be based on the sales revenues of the other products. Other products may have a functional relationship to the patented invention if the product and patented invention are together analogous to components of a single assembly or parts of a complete machine.

For purposes of your damages calculation, you are to assume that the patented invention is used by Defendants when it sells other products, such as computers and other consumer products, that are not covered by the patents-in-suit. You may not use Defendants' product sales

revenues as your royalty base unless you believe that the use of the patented shopping cart and session ID inventions creates the demand for the products sold by Defendants, and that those inventions have a functional relationship with those products that are not covered by the patents-in-suit.

If you do not believe that the patented inventions create the demand for the products sold by Defendants and are functionally related to those products, Soverain may still be able to recover damages, but those damages may not be based on the value of the Defendants' product sales.

Dated:  November 18, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

          /s/ David J. Levy
Winstol D. Carter, Jr.
State Bar No. 03932950
wcarter@morganlewis.com
David J. Levy
State Bar No. 12264850
dlevy@morganlewis.com
James A. Glenn
State Bar No. 24032357
jglenn@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

ATTORNEYS FOR DEFENDANTS
AVON PRODUCTS, INC., AND
VICTORIA'S SECRET DIRECT BRAND
MANAGEMENT, LLC

          /s/ Michael G. Gabriel
Charles Ainsworth
charley@pbatyler.com
Robert Christopher Bunt
rcbunt@pbatyler.com
PARKER BUNT & AINSWORTH

100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903.531.3535 Telephone
903.533.9687 Facsimile


John F. Ward
wardj@wardzinna.com
Michael J. Zinna
zinnam@wardzinna.com
Michael G. Gabriel
gabrielm@wardzinna.com
WARD & ZINNA
380 Madison Avenue
New York, New York 10017
212.697.6262 Telephone
212.972.5866 Facsimile

ATTORNEYS FOR DEFENDANT
VICTORIA'S SECRET DIRECT BRAND
MANAGEMENT, LLC

　　　　/s/ Gaston Kroub
Gaston Kroub
gkroub@lockelord.com
LOCKE LORD BISSELL & LIDDELL
3 World Financial Center
New York, New York 10281
212.415.8585 Telephone

Michael A. Nicodema
nicodemam@gtlaw.com
GREENBERG TRAURIG
200 Park Avenue, 34th Floor
New York, New York 10166
212.801.9200 Telephone
212.801.6400 Facsimile

Douglas R. McSwane, Jr.
dougmcswane@potterminton.com
Potter Minton
P. O. Box 359
Tyler, Texas 75710
903.597.8311 Telephone
903.593.0846 Facsimile

                                          ATTORNEYS FOR DEFENDANT
                                          AVON PRODUCTS, INC.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 18, 2011.

                                          */s/ David J. Levy*
                                          David J. Levy