IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09-CV-274 |
| J.C. PENNEY CORPORATION, INC., ET AL., | § § § § | |
| Defendants. | § | |

# VERDICT FORM

In answering these questions, you are to follow the instructions I have given you in the Charge of Court.

1. Did Soverain Software prove by a preponderance of the evidence that Defendants' respective websites infringe any of the asserted claims of the '314 or '492 Patents?

    Answer "Yes" or "No" for each listed asserted claim by writing "Yes" or "No" in the space provided. Each space should be answered.

| '314 Patent | Avon.com | yourAvon.com | Victoriassecret.com |
|---|---|---|---|
| Claim 34 | Yes | Yes | Yes |
| Claim 51 | Yes | Yes | Yes |

| '492 Patent | Avon.com | yourAvon.com | Victoriassecret.com |
|---|---|---|---|
| Claim 15 | Yes | Yes | Yes |
| Claim 17 | Yes | Yes | Yes |
| Claim 39 | Yes | Yes | Yes |

2. Did Defendants prove by clear and convincing evidence that any of the following asserted claims of the '314 or '492 patents are invalid as anticipated or obvious?

    If you find the asserted claim invalid, answer "Yes" or "No" for each listed asserted claim by writing "Yes" or "No" in the space provided. Answer for all asserted claims regardless of whether you have found those claims were infringed. Each space should be answered.

| '314 Patent | Anticipated? | Obvious? |
|---|---|---|
| Claim 34 | No | No |
| Claim 51 | No | No |

2

| '492 Patent | Anticipated? | Obvious? |
|---|---|---|
| Claim 15 | No | No |
| Claim 17 | No | No |
| Claim 39 | No | No |

## DAMAGES

ANSWER THIS QUESTION ONLY FOR THE ASSERTED CLAIMS YOU FOUND INFRINGED AND NOT INVALID, IF ANY. IF YOU FOUND NO CLAIMS INFRINGED AND NOT INVALID, PLEASE DO NOT ANSWER THIS QUESTION.

3. For each Defendant's website, what sum of money, if any, do you find from a preponderance of the evidence would fairly and reasonably compensate Soverain Software for each Defendants' infringement of the patent claims that you have found were infringed through the time of trial.

avon.com           $ 8,215,000
yourAvon.com       $ 485,000
victoriassecret.com $ 9,200,000


Signed this 18th day of November 2011

JURY FOREPERSON

3