**EXHIBIT 1**

# Jon Roman Presentation














# AVON

Apply Online | How do I start? | How much will I earn? | AVON helps you succeed | AVON the world's largest direct seller

Español

## Discover the benefits of becoming an AVON REPRESENTATIVE

1. Flexible home-based business
2. Unlimited earnings potential
3. Start your business for a little more than the price of a lipstick



**Getting started is easy. Sign up to receive more information about becoming an Avon Representative.**

You must be over 18 to apply.
\* = mandatory fields

* your first name
* your last name
* address
* city
* state  Select state...
* zip
* your email
* primary / cell phone ( )   -
alternate / cell phone ( )   -
contact me  Morning
language  English

CLEAR FORM   SUBMIT

## Hello Tomorrow

## Tomorrow starts today

Security & Privacy | Conditions of Use | © 2011, Avon Products Inc.

4
















# Three Ways to Purchase a Product Online at Avon.com

1. **Attached Personal Delivery**

# Three Ways to Purchase a Product Online at Avon.com

1. Attached Personal Delivery

2. **Attached Direct Delivery**

# Three Ways to Purchase a Product Online at Avon.com

1. Attached Personal Delivery

2. Attached Direct Delivery

3. **Unattached Direct Delivery**

# Total Online Business



**yourAVON.com Representative Orders**
95.69%
*Includes Avon.com attached personal delivery orders*

**Avon.com Unattached Direct Delivery**
1.84%

**Avon.com Attached Direct Delivery**
2.47%

2009 - 2011

# Total Online Business – What the Future Holds …



"When the representatives are successful, Avon is successful."

2011 - Forward

# Omniture

## Youravon Purchase Path by Visit (11/7/11)

Attorney Client Privledged Information

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Item Entry Page | 8,117,800 | 23,159,545 | 26,188,817 | 30,802,146 | 29,780,858 | 20,195,089 |
| Shop Brochure Page | 1,799,591 | 6,217,144 | 7,675,810 | 8,943,640 | 8,394,735 | 5,525,062 |
| Order Confirmation Page | 527,773 | 1,857,523 | 2,194,852 | 2,554,534 | 2,378,418 | 1,607,342 |
|  |  |  |  |  |  |  |
| Item Entry Page | 8,117,800 | 23,159,545 | 26,188,817 | 30,802,146 | 29,780,858 | 20,195,089 |
| Order Confirmation Page | 2,787,913 | 8,423,739 | 8,977,288 | 10,406,222 | 10,118,285 | 7,039,602 |
|  |  |  |  |  |  |  |
| Order Confirm with visit to Brochure Page Path % | | 19% | 22% | 24% | 25% | 24% | 23% |

DX-253

13