**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Soverain Software LLC,<br><br>        Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc.,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc.<br><br>        Defendants. | Civil Action No. 6:09-CV-274- LED |

**ORDER DENYING DEFENDANTS MOTION
FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVELY FOR
REMITTITUR AND NEW TRIAL**

The Court, having considered Defendants' Post-Trial Motion For Judgment As A Matter

Of Law And Alternatively For Remittitur And New Trial, finds that the motion should be denied.