# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:** February 27, 2012

| | |
|---|---|
| **JUDGE**<br>LEONARD DAVIS | **COURT REPORTER**<br>Shea Sloan |

**Law Clerks:** Allan Bullwinkel

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC**<br><br>vs.<br><br>**J.C. PENNEY CORPORATION, INC., et al** | **CIVIL ACTION NO:** 6:09-CV-274<br>**POST VERDICT MOTION HEARING** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYs FOR DEFENDANTS |
|---|---|
| SEE SIGN IN SHEETS | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 10:10 am          **ADJOURN:** 12:00 pm

| TIME: | MINUTES: |
|---|---|
| 10:10 am | Case called. Parties announced ready. See Sign-In Sheets. |
| | Court addressed the parties regarding the post-trial motions. |
| | Mr. Glenn addressed the Court on **Divided Infringement portion of Defendant's JMOL (Docket #534).** |
| | Mr. Nelson responded. Mr. Glenn replied. Parties further discussed the issues. |
| | Mr. Wilson presented the Court on **Damages Amount on Defendant's JMOL (Docket #534).** |
| | Mr. Levy responded and addressed the issue on the new trial. Mr. Wilson responded. Mr. Levy replied. |
| | Mr. Levy presented the **Sims' Damages Model portion of Defendant's JMOL (Docket #534).** |
| | Mr. Wilson responded as to Sim's analysis. |
| | Mr. Wilson presented **Plaintiff's Motion for Post-Judgment Royalties (Docket #531)** |
| | Mr. Levy responded. |
| | Mr. Glenn presented **Patent Misuse portion of Defendant's JMOL (Docket #534).** |

**DAVID J. MALAND, CLERK**

**FILED: 2.27.2012**

BY: *Rosa L Ferguson*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| | Mr. Wilson responded. Mr. Glenn replied. |
| | Ms. Cassidy presented Plaintiff's Motion for Attorney's Fees (Docket #532). |
| | Mr. McSwane responded. |
| | Mr. Ward presented **Doctrine of Equivalents portion of Defendant's JMOL (Docket #534).** |
| | Mr. Nelson responded. |
| | Ms. Fernands presented **Plaintiff's Motion for an Award of Pre- and Post-Judgment Interest and Post-Verdict Damages (Docket #530).** |
| | Mr. Levy responded. |
| 12:00pm | There being nothing further, Court adjourned. |