## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:09-cv-274-LED |
| AVON PRODUCTS, INC., and VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC. | § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Avon Products, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Dkt. No. 559), in this action entered August 22, 2012 and all orders, opinions, rulings, and judgments underlying the August 22, 2012 Judgment including, but not limited to:

1) the August 9, 2012 MEMORANDUM OPINION AND ORDER regarding post-trial motions (Dkt. No. 555);

2) the November 18, 2011 JURY VERDICT (Dkt. Nos. 505, 506);

3) the November 18, 2011 jury instructions as given to the jury (Dkt. No. 525);

4) the November 17, 2011 oral order granting Plaintiff's Motion for Judgment as a Matter of Law (Dkt. No. 524);

5) the October 24, 2011 ORDER denying Defendants' Motion to Clarify the Scope of the Claim Term "Computer" (Dkt. No. 476);

6) the April 21, 2011 ORDER denying Defendants' motions to strike (Dkt. No. 420); and

7) the January 13, 2011 MEMORANDUM OPINION construing claims (Dkt. No. 332).

This appeal is made pursuant to 28 U.S.C. § 1295(a)(1).

| | |
|---|---|
| Dated: September 7, 2012 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | */s/ James A. Glenn* |
| | Winstol D. Carter, Jr. |
| | State Bar No. 03932950 |
| | wcarter@morganlewis.com |
| | David J. Levy |
| | State Bar No. 12264850 |
| | dlevy@morganlewis.com |
| | James A. Glenn |
| | State Bar No. 24032357 |
| | jglenn@morganlewis.com |
| | 1000 Louisiana Street, Suite 4000 |
| | Houston, Texas 77002 |
| | 713.890.5000 Telephone |
| | 713.890.5001 Facsimile |
| | |
| | LOCKE LORD BISSELL & LIDDELL |
| | |
| | */s/ Gaston Kroub* |
| | Gaston Kroub |
| | gkroub@lockelord.com |
| | 3 World Financial Center |
| | New York, New York 10281 |
| | 212.415.8585 Telephone |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | AVON PRODUCTS, INC. |