# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Soverain Software LLC,<br><br>        Plaintiff,<br><br>v.<br><br>J.C. Penney Corporation, Inc.,<br>Amway Corp.,<br>Avon Products, Inc.,<br>Bidz.com, Inc.,<br>HSN, Inc.,<br>HSN Improvements, LLC,<br>Cornerstone Brands, Inc.,<br>Ballard Designs, Inc.,<br>Garnet Hill, Inc.,<br>Smith & Noble, LLC,<br>The Territory Ahead, Inc.,<br>QVC, Inc.,<br>Shutterfly, Inc.,<br>Victoria's Secret Stores Brand Management, Inc.,<br>Victoria's Secret Direct Brand Management, LLC,<br>VistaPrint, Ltd., and<br>VistaPrint USA, Inc.<br><br>        Defendants. | Civil Action No.  6:09-cv-00274-RWS |

## ORDER OF DISMISSAL

Came on to be heard this day Soverain Software LLC ("Soverain") and Avon Products, Inc.'s ("Avon") Stipulation ("Stipulation"), and the Joint Status Report filed by the parties regarding the current state of the remaining claims in this case. Having reviewed the Stipulation and the Joint Status Report, the Court finds that the following order should issue:

In light of the Stipulation, it is ORDERED that the claims between Soverain and Avon case are hereby DISMISSED WITH PREJUDICE pursuant to the parties' stipulation.

The Court having been advised that Plaintiff Soverain and Defendant Victoria's Secret Direct Brand Management LLC have settled their respective claims against each other in this case, it is ORDERED that these claims be DISMISSED WITH PREJUDICE pursuant to the parties' agreement.

As there are no remaining claims in this case by or against any parties, and no remaining issues to be decided by the Court, this case is hereby CLOSED.  All motions by any party not previously ruled on are DENIED.

**SIGNED this 21st day of September, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE